UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

| | |
|---|---|
| BALMUCCINO, LLC, a California Limited Liability Company | CASE NO. 1:24-CV-06214 |
| Plaintiff | **RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |
| v. | |
| STARBUCKS CORPORATION, a Washington Corporation; and DOES 1 through 100, inclusive, | |
| Defendants. | |

-------------------------------------------------------x

Pursuant to Fed. R. Civ. P. 7.1, Defendant Starbucks Corporation states as follows:

Starbucks Corporation is a publicly traded Washington Corporation. Starbucks Corporation has no parent corporation. No shareholder owns 10% or more of Starbucks Corporation's stock.

Dated: September 20, 2024

Respectfully submitted,

/s/ Joanna A. Diakos

Joanna A. Diakos
**K&L Gates LLP**
599 Lexington Avenue
New York, NY 10022
joanna.diakoskordalis@klgates.com
Tel (212) 536-4807
Fax (212) 536-3901

*Attorneys for Defendant Starbucks Corporation*

508283135.1