**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
BALMUCCINO, LLC,

                Plaintiff,

-against-                                 24 **CIVIL** 6214 (KPF)

**JUDGMENT**

STARBUCKS CORPORATION,

                Defendant.
-----------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 22, 2025, Defendant's motion to dismiss the Complaint is hereby GRANTED; accordingly, the case is closed.

**Dated:** New York, New York

       September 22, 2025

                                                      **TAMMI M. HELLWIG**

                                                      **Clerk of Court**

                           **BY:**         *K. Mango*

                                                      **Deputy Clerk**